McGREGOR W. SCOTT
United States Attorney
ADA E. BOSQUE
Department of Justice
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (202) 514-0179

Attorneys for Defendants

**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KARNAIL KAUR GILL, ) <br> ) <br>    Plaintiff, ) <br> ) <br> v. ) <br> ) <br> Michael Chertoff, Secretary, Department of ) <br> Homeland Security, *et al*. ) <br> ) <br>    Defendants. ) <br> ) | No. 07-F-CV-516-AWI-DLB <br><br><br> MOTION FOR LEAVE TO APPEAR <br> TELEPHONICALLY |

**MOTION TO APPEAR TELEPHONICALLY**

On October 5, 2007, plaintiff noticed a motion to augment and/or introduce evidence. A hearing on plaintiff's motion is scheduled for November 9, 2007, at 9:00 am. Because defendants' counsel is stationed in Washington, DC, she respectfully requests leave to appear telephonically. If this motion is granted, defendants' counsel, Ada E. Bosque, can be reached at (202) 514-0179.

                                                               Respectfully Submitted,

                                                               McGREGOR W. SCOTT
                                                               United States Attorney

Date:  October 30, 2007                    By:  __/s/ Ada E. Bosque_____
                                                               Ada E. Bosque
                                                               Department of Justice

|   |   |
|---|---|
| 1 | **ORDER** |

Based on defendants' motion for leave to appear telephonically at the November 9, 2007 hearing on defendants' motion to dismiss and for good cause, this Court:

GRANTS defendants' counsel, Ada E. Bosque, leave to appear telephonically; and

ORDERS defendants' counsel, Ada E. Bosque, to appear, telephonically.  **Counsel shall call the court  at (559) 499-5670**, beginning at 9:00 am on November 9, 2007, to proceed with plaintiff's motion to augment and/or introduce evidence.

IT IS SO ORDERED.


   IT IS SO ORDERED.

   Dated:   **October 31, 2007**            _____**/s/ Dennis L. Beck**_____
                                                    UNITED STATES MAGISTRATE JUDGE