McGREGOR W. SCOTT
United States Attorney
ADA E. BOSQUE
Department of Justice
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (202) 514-0179

Attorneys for Defendants

**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KARNAIL KAUR GILL,<br><br>   Plaintiff,<br><br>   v.<br><br>Michael Chertoff, Secretary, Department of Homeland Security, *et al*.<br><br>   Defendants. | No. 07-F-CV-516-AWI-DLB<br><br>MOTION TO CONTINUE PRE-TRIAL CONFERENCE OR, IN THE ALTERNATIVE, FOR LEAVE TO APPEAR TELEPHONICALLY AT THE PRE-TRIAL CONFERENCE |

**MOTION TO CONTINUE PRE-TRIAL CONFERENCE OR, IN THE ALTERNATIVE, FOR LEAVE TO APPEAR TELEPHONICALLY AT THE PRE-TRIAL CONFERENCE**

By order dated July 2, 2007, this Court scheduled the pre-trial conference in this matter for December 7, 2007. Audrey Hemesath is the Assistant United States Attorney ("AUSA") who will try this case. Undersigned Government counsel has been handling AUSA Hemesath's cases while she has been on maternity leave. AUSA Hemesath will return from maternity leave the week of December 17, 2007. Accordingly, for AUSA Hemesath to be present at the pre-trial conference, we respectfully request that the Court continue the pretrial conference to the week of December 17, 2007. Undersigned Government counsel has made numerous attempts to consult plaintiff's counsel about this motion, but has been unable to reach him to date.

In the alternative, undersigned Government counsel respectfully requests leave to appear telephonically at the pre-trial conference. Undersigned Government counsel is employed by the Department of Justice, Civil Division, Office of Immigration Litigation ("OIL"), Washington, D.C. The OIL offices are being re-located within Washington, DC, and undersigned Government counsel is scheduled to be moved December 6-9, 2007. As a result, undersigned Government

counsel must remain in Washington, DC, on December 7, 2007.  Should the Court wish to proceed with the pre-trial conference on December 7, 2007, undersigned Government counsel, Ada E. Bosque, can be reached at (202) 514-0179.

                                          Respectfully Submitted,

                                          McGREGOR W. SCOTT
                                          United States Attorney

Date:   November 26, 2007                By:   /s/ Ada E. Bosque_____
                                          Ada E. Bosque
                                          Department of Justice

### ORDER

Having considered defendants' motion to continue the pre-trial conference and for good cause, IT IS HEREBY ORDERED that defendants' motion to continue is GRANTED; and IT IS FURTHER ORDERED that the pre-trial conference scheduled for December 7, 2007, is continued until December 19, 2007 at 9:00 a.m.

IT IS SO ORDERED.

**Dated:   November 27, 2007**                      **/s/ Anthony W. Ishii**
                                                      UNITED STATES DISTRICT JUDGE