McGREGOR W. SCOTT
United States Attorney
ADA E. BOSQUE
Department of Justice
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (202) 514-0179

Attorneys for Defendants

**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KARNAIL KAUR GILL, | No. 07-F-CV-516-AWI-DLB |
| Plaintiff, | |
| v. | JOINT STIPULATION |
| Michael Chertoff, Secretary, Department of Homeland Security, *et al.*, | |
| Defendants. | |

Plaintiff, by and through her attorney of record, and defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, that the trial currently scheduled for January 15, 2008, be continued to February 26, 2008. The parties further stipulate, subject to the approval of the Court, to continue the pretrial conference, currently scheduled for December 19, 2007, to January 15, 2007.

DATED: December 14, 2007               Respectfully submitted,

                                       McGREGOR W. SCOTT
                                       United States Attorney


                                        /s/ Ada E. Bosque
                                       Ada E. Bosque
                                       Department of Justice


                                        /s/ James Makasian
                                       James Makasian
                                       Plaintiff's Counsel

**ORDER**

Based on the parties' stipulation and good cause, IT IS HEREBY ORDERED that the pretrial conference, currently scheduled for December 19, 2007, is continued to January 23, 2008, and IT IS FURTHER ORDERED that the trial currently scheduled for January 15, 2008, is continued to February 26, 2008.

IT IS SO ORDERED.

**Dated:   December 17, 2007           /s/ Anthony W. Ishii**
                                      UNITED STATES DISTRICT JUDGE