McGREGOR W. SCOTT
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARNAIL KAUR GILL,<br><br>    Plaintiff,<br><br>    v.<br><br>Michael Chertoff, Secretary of Homeland Security, et al.<br><br>    Defendants. | No. 07-CV-F-516 AWI DLB<br><br>JOINT STIPULATION AND ORDER CONTINUING PRETRIAL CONFERENCE AND TRIAL DATES |

   This is an immigration case in which plaintiff challenges the denial of her application for naturalization by U.S. Citizenship and Immigration Services (CIS). The parties are currently in the process of exploring the possibility of voluntary resolution at the agency level. Toward this end, the parties stipulate that the pretrial conference, currently set for January 23, 2008, be reset to April 23, 2008, and the trial date be reset from February 26, 2008, to May 6, 2008, or at any date thereabouts as is convenient for the Court. The parties stipulate that discovery is now closed.

-1-

Dated: January 16, 2008

                                          McGREGOR W. SCOTT
                                          United States Attorney

By:    /s/Audrey Hemesath
        Audrey B. Hemesath
        Assistant U.S. Attorney
        Attorneys for the Defendants

By:    /s/ James Makasian
        James Makasian
        Attorney for the Plaintiff

## ORDER

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that the pretrial conference is reset to April 25, 2008 at 8:30 p.m. and the trial is reset to May 6, 2008.

IT IS SO ORDERED.

**Dated:   January 23, 2008**            /s/ Anthony W. Ishii
                                                      UNITED STATES DISTRICT JUDGE