McGREGOR W. SCOTT
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KARNAIL KAUR GILL,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL CHERTOFF, et al.,<br><br>    Defendants. | CV 07-CV-F-516 AWI DLB<br><br>**STIPULATION RE:<br>REMAND AND<br>ORDER** |

    This is an immigration case in which plaintiff has filed to challenge U.S. Citizenship and Immigration Services' (CIS) denial of her application for naturalization. As of the time of this filing, CIS is prepared to reconsider the denial of Ms. Gill's request for a medical waiver from the English language requirement, Form N-648. Accordingly, the parties request a remand of jurisdiction for the purpose of further administrative proceedings. It is anticipated that this reconsideration will be complete within the next 30 days; at the conclusion of that period, the parties will either file a joint stipulation to dismiss the case as moot or a status report. The parties request that the pretrial conference, set for April 23, 2008, be vacated.

Dated: April 1, 2008                                         Respectfully Submitted,

                                                                        McGREGOR W. SCOTT
                                                                        United States Attorney

> By:   /s/Audrey Hemesath
> Audrey B. Hemesath
> Assistant U.S. Attorney
> Attorneys for the Respondents
>
> By:   /s/ James M. Makasian
> James M. Makasian
> Attorney for the Petitioner

<u>ORDER</u>

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that:

1. This action is REMANDED to Citizenship and Immigration Services to complete reconsideration on the application for naturalization within 30 days from the date of this Order;

2. The April 23, 2008 pretrial conference date and May 6, 2008 trial date are VACATED;

3. Within thirty-five days from the date of this ORDER, the parties are ORDERED to file either a stipulation of dismissal or a status report. The parties are forewarned that failure to file a stipulation or status report will result in sanctions.

IT IS SO ORDERED.

**Dated:   April 1, 2008**              /s/ **Anthony W. Ishii**
                                        UNITED STATES DISTRICT JUDGE