McGREGOR W. SCOTT
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KARNAIL KAUR GILL,<br><br>   Plaintiff,<br><br>   v.<br><br>Michael Chertoff, Secretary of Homeland Security, et al.<br><br>   Defendants. | No. CV-F-07-516 AWI DLB<br><br>JOINT STIPULATION AND ORDER RE: DISMISSAL |

   This is an immigration case in which plaintiff challenged the denial of her application for naturalization. On April 30, 2008, pursuant to the Joint Stipulation filed previously in this matter, Citizenship and Immigration Services issued a decision reconsidering its previous denial (Attachment A). As the matter has now been readjudicated, the instant action is moot and appropriate for dismissal.

Dated: May 1, 2008

                                        McGREGOR W. SCOTT
                                        United States Attorney


                              By:  /s/Audrey Hemesath
                                   Audrey B. Hemesath
                                   Assistant U.S. Attorney
                                   Attorneys for the Defendants


                              By:  /s/ James M. Makasian
                                   James M. Makasian
                                   Attorney for the Plaintiff

-1-

## ORDER

The parties seek dismissal of this action. Rule 41(a) of the Federal Rules of Civil Procedure, in relevant part, reads:

> an action may be dismissed by the plaintiff without order of court (i) by filing a notice of dismissal at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs, or (ii) by filing a stipulation of dismissal signed by all parties who have appeared in the action. Unless otherwise stated in the notice of dismissal or stipulation, the dismissal is without prejudice, except that a notice of dismissal operates as an adjudication upon the merits when filed by a plaintiff who has once dismissed in any court of the United States or of any state an action based on or including the same claim.

Rule 41(a)(1)(ii) thus allows the parties to dismiss an action voluntarily, after service of an answer, by filing a written stipulation to dismiss signed by all of the parties who have appeared, although an oral stipulation in open court will also suffice. Carter v. Beverly Hills Sav. & Loan Asso., 884 F.2d 1186, 1191 (9th Cir. 1989); Eitel v. McCool, 782 F.2d 1470, 1472-73 (9th Cir. 1986). Because Plaintiff has filed a stipulation for dismissal with prejudice as to all parties under Rule 41(a)(1)(ii) that is signed by all parties who have made an appearance, this case has terminated.

Therefore, IT IS HEREBY ORDERED that this action is DISMISSED and the Clerk of the Court is DIRECTED to close this case in light of the parties' filed and signed Rule 41(a)(1)(ii) Stipulation For Dismissal With Prejudice.

IT IS SO ORDERED.

**Dated:   May 7, 2008**              /s/ Anthony W. Ishii
                                     UNITED STATES DISTRICT JUDGE